IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICHAEL R. HARRILL,

        Plaintiff,

vs.

WELLS FARGO ADVISORS, LLC,

        Defendant.

8:13CV57

ORDER

      The records of the court show that on March 12, 2013, counsel for the defendant was notified of his client's failure to comply with Fed. R. Civ. P. 7.1, which requires non-governmental corporate parties to file Corporate Disclosure Statements. **See** Text Entry Filing No. 8. The defendant was given fifteen days to file the required statement. As of the close of business on April 2, 2013, the defendant has not complied with the request set forth in the notice from the Office of the Clerk.

      **IT IS ORDERED** that, **on or before May 15, 2013**, the defendant shall comply with Fed. R. Civ. P. 7.1 or show cause by written affidavit why the defendant cannot comply with the rules of the court.

      DATED this 3rd day of April, 2013.

                                                BY THE COURT:

                                                s/ Thomas D. Thalken
                                                United States Magistrate Judge