# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL R. HARRILL,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO ADVISORS, LLC,<br><br>    Defendant. | CASE NO. 8:13CV57<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 46). The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court finds that it should be approved. The above-captioned action should be dismissed with prejudice. The parties will pay their own costs. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 46) is approved;
2. The above-captioned action is dismissed with prejudice; and
3. The parties will pay their own costs.

Dated this 15th day of September, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge